UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Upsher-Smith Laboratories, Inc., Plaintiff, vs. Pan American Laboratories, Inc., and Metabolite Laboratories, Inc., Defendants. | Case No. 01-352-ADM/AJB **STIPULATION AND ORDER** |

Based on their mutual representations and agreements, the parties, through their undersigned counsel, hereby agree and stipulate that the deadline for service and filing of an answer, motion, or other response to the First Amended Complaint for Declaratory Judgment of Non-Infringement, Invalidity, and Unenforceability of United States Patents is extended for a period of 30 days. This stipulation and order shall not affect, and defendants expressly preserve, defendants' rights with respect to any motions permitted under Rule 12 of the Federal Rules of Civil Procedure.

Dated: 7/3, 2001.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By [signature]
Ronald J. Schutz (130849)
Jacob M. Holdreith (211011)
Christopher J. Sorenson (270118)
2800 LaSalle Plaza
800 Marquette Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Attorneys for Plaintiff

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 7/3, 2001.

ANTHONY OSTLUND & BAER, P.A.

By [signature]
Randy G. Gullickson (185607)
Janel M. Dressen (302818)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

Attorneys for Defendants

GIBSON, DUNN & CRUTCHER, LLP
Glenn K. Beaton
J. Gregory Whitehair
1801 California Street, Suite 4200
Denver, CO 80202-2641
(303) 298-5700

Of Counsel for Defendants

**SO ORDERED.**

Dated: July 13, 2001.

BY THE COURT:

[signature]
Ann D. Montgomery
United States District Court Judge