138100

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-352 ADM/AJB Case Title: Upshaw Smith Laboratories v. Pan American Laboratory and Metabolite Laboratories

**Affidavit of Movant**

I, Randy Gullickson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Glenn K. Beaton, an attorney admitted to practice in the ________ District of Colorado, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendants Pan Am Labs & Metabolite in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 185607 Date: 8/1/01

**Affidavit of Proposed Admittee**

I, Glenn K. Beaton, am currently a member in good standing of the U.S. District Court for the ________ District of Colorado, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Glenn K. Beaton Signature: [signature] Date: 7/30/01

Attorney License Number: 12160

Law Firm Name & Address: Gibson, Dunn & Crutcher
1801 California St. #4100
Denver, CO 80202
303/298-5700

Telephone: ( )________

Motion Granted: [signature]
For the Court: ~~Francis E. Dosal~~, Clerk Date: ________

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED AUG 01 2001
RICHARD D. SLETTEN, CLERK 6/99
JUDGMENT ENT'D ________
DEPUTY CLERK ________