# ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Case Number 01-352 ADM/AJB

Upsher-Smith Laboratories, Inc.,

Plaintiff,

vs.

Pan American Laboratories, Inc.
and Metabolite Laboratories, Inc.,

Defendants.

**STIPULATION AND ORDER TO DISMISS PATENT ABUSE CLAIM**

The parties hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), to the dismissal of Plaintiff's claim against Defendant Pan American Laboratories, Inc. for patent misuse without prejudice, and without costs to either party.

**STIPULATED BY:**

UPSHER-SMITH
By Its Attorneys

Jake Holdreith (#211011)
Christopher J. Sorenson (#270118)
ROBINS, KAPLAN, MILLER &
CIRESI L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500
**ATTORNEYS FOR PLAINTIFF**

PAN AMERICAN LABORATORIES, INC.
AND METABOLITE LABORATORIES, INC.,
By Its Attorneys

Glenn K. Beaton, Esq.
GIBSON, DUNN & CRUTCHER, LLP
1801 California Street, Suite 4200
Denver, CO 80202-2641

**ATTORNEYS FOR DEFENDANT**

2300947.1



NOV 0 8 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ATTORNEYS FOR PLAINTIFF UPSHER-SMITH**

Dated: 11/6/01

**ATTORNEYS FOR DEFENDANT PAN AMERICAN LABORATORIES, INC. AND METABOLITE LABORATORIES, INC.**

Dated: ____________________

**IT IS SO ORDERED:**

Dated: 11/7/01

Judge Ann D. Montgomery
United States District Court