UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

UPSHER-SMITH LABORATORIES, INC., Civil No. 01-352 ADM/AJB

Plaintiff,

v. ORDER

PAN AMERICAN LABORATORIES, INC.
and METABOLITE LABORATORIES, INC.,

Defendants.

---

WHEREAS, the parties have agreed to an extension of the schedule for discovery and briefing of the Motions to Dismiss in this action. Now wherefore, the Court hereby enters the following order:

1. The deposition of Plaintiff and it's consultant is tentatively scheduled to occur the week of January 14, 2002; and

2. Within 20 days after the completion of the depositions on the Plaintiff, Defendant will serve it's response to the Motion to Dismiss upon Plaintiff.

All of the initial discovery will be limited to issued raised by the Motions to Dismiss, including discretionary jurisdictional issues. The revised schedule ordered herein is without prejudice to objections based upon relevancy or any other applicable grounds, and Rule 26 matters will be deferred pending the Court's decision on the Motions to Dismiss.

Filed DEC 21 2001
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

Except as ordered herein, the parties previously stipulated scheduling Order shall remain in full force and effect.

Dated: 12/21/01

ARTHUR J. BOYLAN
United States Magistrate Judge