**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Upsher-Smith Laboratories, Inc.,

Plaintiff,

v.

Pan American Laboratories, Inc.
and Metabolite Laboratories, Inc.,

Defendants.

Civil No. 01-352 ADM/AJB

**ORDER ON MOTION TO COMPEL MOTION FOR PROTECTIVE ORDER AND MOTIONS FOR BRIEFING SCHEDULE**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on defendants' motion to compel discovery and to set a briefing schedule [Docket No. 13], and plaintiff's motion for protective order and to set a briefing schedule [Docket No. 16]. Hearing was held by telephone on February 6, 2002, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Christopher J. Sorenson, Esq., appeared on behalf of the plaintiff. Glenn K. Beaton, Esq., appeared on behalf of defendants.

Based upon the file and documents contained therein, along with memorandums and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Defendant's motion for leave to file a reply brief in connection with their motion to compel discovery is **denied** [Docket No. __].

2. Defendants' motion to compel discovery and to set briefing schedule is **granted in part and denied in part** [Docket No. 13].



FEB 12 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

3. Plaintiff's motion for protective order and to set briefing schedule is **granted in part and denied in part** [Docket No. 16].

4. Defendant's motion to compel production of documents **denied** for failure to comply with Local Rule 37.2 requirement that discovery in dispute be specifically set out with a concise recitation of why responses are improper, particularly in light of stipulated limitations on the scope of discovery and plaintiff's assertions that is document productions are complete. In addition, defendants' motion to compel discovery to the extent that defendant seeks further search of plaintiff's computer network e-mail server is **denied**. Plaintiff has certified through the Affidavit of Lisa M. Ward that appropriate information searches were conducted and that additional searches would not likely be productive. Defendant, meanwhile offers no evidence to indicated that appropriate e-mail systems searches have not been performed adequately and in good faith, or that further efforts would be likely to produce substantial or discoverable material.

5. Plaintiff's motion for protective order barring the deposition of Dr. Mark Robbins is **denied**. Plaintiff shall make Dr. Mark Robbins available for deposition before the end of February 2002. The deposition shall not exceed four hours in duration, not including break time. Two fifteen minute breaks shall be permitted during the course of the deposition. Plaintiffs shall further make Vicki O'Neill and Julie Ziegweid available for depositions which likewise shall be taken before the end of February 2002, and shall not exceed four hours in duration, not including break time which shall consist of two fifteen minute breaks during the course of the deposition. The deposition of Lisa M. Ward is not authorized pursuant to this Order.

6. Defendants shall serve and file their reply brief in support of their pending motions to dismiss on or before March 11, 2002.

Dated: 2/12/02

Arthur J. Boylan
United States Magistrate Judge