# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Upsher-Smith Laboratories, Inc.

Plaintiff,

Case No. Civil 01-352 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Pan American Laboratories, Inc., and
Metabolite Laboratories, Inc.,

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Metabolite's Motion to Dismiss is granted, and

2. PAL's Motion to Dismiss Declaratory Judgment Claims and Abuse of Patent Rights Claim is dismissed as moot.

DATE: September 4, 2002

RICHARD D. SLETTEN, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

56