**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Upsher-Smith Laboratories, Inc.,

Plaintiff,

v.

Pan American Laboratories, Inc., and
Metabolite Laboratories, Inc.,

Defendants.

**ORDER**
Civil No. 01-352 ADM/AJB

---

Christopher J. Sorenson, Esq., and Jacob M. Holdreith, Esq., Robins, Kaplan, Miller & Ciresi, LLP, Minneapolis, MN, appeared for and on behalf of Plaintiff.

Glenn K. Beaton, Esq., Gibson, Dunn & Crutcher, LLP, Denver, CO, and Randy G. Gullickson, Esq., Anthony, Ostlund & Baer, PA, Minneapolis, MN, appeared for and on behalf of Defendants.

---

On September 4, 2002, the undersigned United States District Judge issued an Order [Doc. No. 55] granting the Motion to Dismiss [Doc. No. 32] of Defendant Metabolite Laboratories, Inc. ("Metabolite"), and dismissing the Motion to Dismiss Declaratory Judgment Claims and Abuse of Patent Rights Claim [Doc. No. 33] of Defendant Pan American Laboratories, Inc. ("PAL"). Pursuant to the September 4 Order, all declaratory judgment claims against Metabolite were dismissed on the grounds of lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2). PAL's Motion was dismissed as moot because Metabolite is an indispensable party under Fed. R. Civ. P. 19(b) to Upsher-Smith Laboratories, Inc.'s ("Upsher"), declaratory judgment and abuse of patent rights claims against PAL regarding patents owned by Metabolite. Accordingly, all claims against Metabolite, and all claims against PAL relating to Metabolite-owned patents, Counts II, III and IV of the First Amended Complaint [Doc. No. 3], were dismissed pursuant to the September 4 Order.

SEP 19 2002
FILED
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

However, Count I of the First Amended Complaint is a direct patent infringement charge against PAL that relates to a patent owned by Upsher. This is a different patent than the Metabolite patents relating to the declaratory judgment claims, and this patent infringement claim was not the subject of the Motions discussed in the September 4 Order. Accordingly, Count I of Upsher's First Amended Complaint remains against PAL. Entry of Judgment will await resolution of Count I.

Based on the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The entry of Judgment on September 4, 2002, [Doc. No. 56] is **VACATED**,
2. Counts II, III and IV of Plaintiff's First Amended Complaint are **DISMISSED**, and
3. Count I of Plaintiff's First Amended Complaint remains against Defendant Pan American Laboratories, Inc.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: September 19, 2002