UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Upsher-Smith Laboratories, Inc., Plaintiff, vs. Pan American Laboratories, Inc., and Metabolite Laboratories, Inc., Defendants. | Case No. 01-352-ADM/AJB **STIPULATION AND ORDER** |

Plaintiff Upsher-Smith Laboratories, Inc. and defendant Pan American Laboratories, Inc., through their undersigned counsel, hereby agree and stipulate that the deadline for service and filing of an answer to the Claim of Infringement of U.S. Patent No. 5,932,624 of the First Amended Complaint for Declaratory Judgment of Non-Infringement, Invalidity, and Unenforceability of United States Patents is extended until September 30, 2002.

Dated: September 16, 2002

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By ______________________
Ronald J. Schutz (130849)
Jacob M. Holdreith (211011)
Christopher J. Sorenson (270118)
2800 LaSalle Plaza
800 Marquette Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF UPSHER-SMITH LABORATORIES, INC.**

#50687

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: September 16, 2002

**ANTHONY OSTLUND & BAER, P.A.**

By ______________________
Randy G. Gullickson (185607)
Janel M. Dressen (302818)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

**GIBSON, DUNN & CRUTCHER, LLP**
Glenn K. Beaton
J. Gregory Whitehair
1801 California Street, Suite 4200
Denver, CO 80202-2641
(303) 298-5700

**ATTORNEYS FOR DEFENDANT PAN AMERICAN LABORATORIES, INC.**

**SO ORDERED.**

Dated: September 17, 2002

BY THE COURT:

______________________
Ann D. Montgomery
United States District Court Judge