**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Upsher-Smith Laboratories, Inc.,

Plaintiff,

vs.

Pan American Laboratories, Inc.
and Metabolite Laboratories, Inc.,

Defendants.

Case Number 01-352 ADM/AJB

**STIPULATION AND ORDER**

Plaintiff Upsher-Smith Laboratories, Inc. and defendant Pan American Laboratories, Inc., through their undersigned counsel, hereby agree and stipulate that the deadline for service and filing a reply to the counterclaims of Pan American Laboratories, Inc. is extended until November 4, 2002.

Dated: October 21, 2002.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By [signature]
Ronald J. Schutz (#130849)
Jacob M. Holdreith (#211011)
Christopher J. Sorenson (#270118)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

**ATTORNEYS FOR PLAINTIFF UPSHER-SMITH LABORATORIES, INC.**

20019883.1



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 21, 2002.

ANTHONY OSTLUND & BAER, P.A.

By ______________________

Randy G. Gullickson (185607)
Janel M. Dressen (302818)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
612.349.6969

GIBSON, DUNN & CRUTCHER, LLP
Glenn K. Beaton
J. Gregory Whitehair
1801 California Street, Suite 4200
Denver, CO 80202-2641
303.298.5700

ATTORNEYS FOR DEFENDANT
PAN AMERICAN LABORATORIES, INC.

SO ORDERED:

Dated: October 21, 2002

BY THE COURT:

______________________

Ann D. Montgomery
United States District Court Judge