UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UPSHER-SMITH LABORATORIES, INC.,

Plaintiff,

v.

PAN AMERICAN LABORATORIES, INC.,

Defendant.

Civil No. 01-352 ADM/AJB

**AMENDED**
NOTICE OF HEARING

---

You are hereby given notice that the telephonic conference in the above captioned matter currently scheduled for July 2, 2003, has been rescheduled to be held on July 21, 2003 at 8:30 a.m., before the undersigned Magistrate Judge.

Plaintiff's counsel shall initiate the call by calling (651) 848-1210.

Dated: 7/1/03

Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge

Filed JUL 02 2003
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________