UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Upsher-Smith Laboratories, Inc.

Plaintiff,

vs.

Pan American Laboratories, Inc.
and Metabolite Laboratories, Inc.,

Defendants.

Case Number 01-352 ADM/AJB

**ORDER**

---

Plaintiff Upsher-Smith Laboratories, Inc. and Defendant Pan American Laboratories, Inc. participated in a conference call with the Court on August 25, 2003 at 1:30 p.m. As a result of that call, and having considered all relevant papers, the arguments submitted by counsel, and all matters presented to this Court, and good cause appearing therefor, it is hereby ORDERED that:

1. Plaintiff Upsher-Smith Laboratories, Inc.'s Motion to Strike Pan American Laboratories, Inc.'s Non-Infringement Defense is dispositive and should be brought before Judge Ann D. Montgomery. Subject to the Federal Rules of Civil Procedure and Local Rules, service of Defendant Pan American's Response is due 21 days from the date of this Order. Plaintiff will then file its Reply and all other papers within 7 days.

2. Plaintiff Upsher-Smith's Response to Defendant Pan American's Markman Brief is due 21 days from the date of this Order if not resolved by stipulation. Defendant Pan American then has 7 days to file its Reply.

20057410.1



AUG 26 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 26 day of August, 2003.

BY THE COURT:

The Honorable Arthur J. Boylan
United States Magistrate Judge