**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Upsher-Smith Laboratories, Inc., Civil No. 01-352 ADM/AJB

Plaintiff,

v. **ORDER ON MOTION FOR LEAVE TO FILE A REPLY BRIEF**

Pan American Laboratories, Inc.
and Metabolite Laboratories, Inc.,

Defendants.

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's request for permission to submit a reply brief in support of its pending motion for leave to file a second amended complaint.

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file a reply brief is **denied**. [Docket No. 100]. Reply memorandums on nondispositive motions are not permitted under Local Rule 7.1(a). Furthermore, the submission of a reply brief prior to receiving leave of court is a violation of Local Rule 7.1(f), therein prohibiting the submission of unsolicited memoranda of law.

Dated: 10/8/03

Arthur J. Boylan
United States Magistrate Judge

OCT 0 8 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK