UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Upsher-Smith Laboratories, Inc.

Plaintiff,

vs.

Pamlab, L.L.C.,

Defendant.

Case Number 01-352 ADM/AJB

**STIPULATION AND ORDER**

---

## STIPULATION

1. On September 15, 2003, Magistrate Judge Arthur J. Boylan entered a Protective Order On Admissions And Interrogatory, determining, among other things, that plaintiff was not required to respond to defendant's Requests for Admission Nos. 24 - 28.

2. On September 23, 2003, defendant filed a Notice of Appeal from that portion of Magistrate Judge Boylan's September 15, 2003 Order relating to Requests for Admission Nos. 24 - 28.

3. Plaintiff subsequently agreed to provide and did provide responses to Requests for Admission Nos. 24 - 28.

4. The parties, through their undersigned counsel of record, hereby stipulate that the portion of Magistrate Judge Boylan's September 15, 2003 Order relating to defendant's Requests for Admission Nos. 24 - 28 be vacated.

FILED OCT 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

79799.1

Dated: October 10, 2003

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By ______________________
Jacob M. Holdreith (#211011)
Kimberly G. Miller (#032296)
2800 LaSalle Plaza
800 Marquette Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Attorneys for Plaintiff Upsher-Smith Laboratories, Inc.

Dated: October 14, 2003

ANTHONY OSTLUND & BAER, P.A.

By ______________________
Randy G. Gullickson (185607)
Courtland C. Merrill (#311984)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 349-6969

GIBSON, DUNN & CRUTCHER, LLP
Glenn K. Beaton
J. Gregory Whitehair
1801 California Street, Suite 4200
Denver, CO 80202-2641
Telephone: (303) 298-5700

Attorneys for Defendant Pamlab, L.L.C.

**ORDER**

Based upon the above Stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. That portion of the Protective Order regarding defendant's Requests for Admission 24 - 28, entered by Magistrate Judge Arthur J. Boylan on September 15, 2003, is hereby vacated. The remainder of the Protective Order remains in effect.

Dated: October 14, 2003

BY THE COURT:

Ann D. Montgomery
United States District Court Judge