**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

UPSHER-SMITH LABORATORIES, INC.,

Plaintiff,

Civil No. 01-352 ADM/AJB

v.

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

PANAMERICAN LABORATORIES, INC. AND METABOLITE LABORATORIES, INC.,

Defendants.

The above matter came before the Court on Plaintiff's Motion for Leave to File a Second Amended Complaint. [Docket No. 100]. A hearing was held on October 9, 2003, at the U. S. Courthouse, 316 North Robert Street, St. Paul, Minnesota. Kimberly C. Miller, Esq., and Jake K. Holdreith, Esq., appeared on behalf of Plaintiff Upsher-Smith. Glenn K. Beaton, Esq., and Randy G. Gullickson, Esq., appeared on behalf of the Defendant. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Leave to File a Second Amended Complaint is **granted**. [Docket No. 100].
2. Within 10 days of this Order, Plaintiff shall file with the Court a Second Amended Complaint consistent with this Order.
3. Plaintiff shall name as Defendants Pamlab, LLC, and Pan American Laboratories, LLC. Pan American Laboratories, Inc. shall no longer be named as a Defendant in this action.

FILED OCT 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Plaintiff shall specify that the claim terms in the new patent at issue have the same meaning as identical claim terms in the first patent.

5. Defendant is not entitled to discovery on Plaintiff's other patent applications. In a September 15, 2003, Protective Order, this Court found that "discovery relating to other patents imposes a significant and unnecessary investigatory burden on the plaintiff for the inappropriate purpose of binding plaintiff to a legal position concerning a matter which is not at issue in the action at bar." [Docket No. 97]. Defendant has not presented a sufficient reason to modify this recent ruling.

Dated: 10/10/03

Arthur J. Boylan
United States Magistrate Judge