**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Upsher-Smith Laboratories, Inc.,

Plaintiff,

v.

Pamlab, L.L.C., and Pan American Laboratories, L.L.C.,

Defendants.

**ORDER**
Civil No. 01-352 ADM/AJB

---

Ronald J. Schutz, Esq., Jacob M. Holdreith, Esq., Christopher J. Sorenson, Esq., and Kimberly G. Miller, Esq., Robins, Kaplan, Miller & Ciresi, L.L.P., Minneapolis, MN, on behalf of Plaintiff.

Randy G. Gullickson, Esq., Anthony, Ostlund & Baer, P.A., Minneapolis, MN, and Glenn K. Beaton, Esq., and Amanda J. Tessar, Esq., Gibson, Dunn & Crutcher, L.L.P., Denver, CO, on behalf of Defendants.

---

This matter comes before the Court on Defendants' Motion for Leave to File a Supplemental Brief in Support of their Summary Judgment Motion [Docket No. 127]. Having read and considered the Motion and the letters the parties submitted regarding this issue, the Court **GRANTS** Defendants' Motion.

The parties shall submit the supplemental briefs simultaneously. The briefs must be filed by Monday, November 10, 2003, and are limited to five pages.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: October 29, 2003

FILED OCT 29 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________