**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

UPSHER-SMITH LABORATORIES, INC.,

Plaintiff,

Civil No. 01-352 ADM/AJB

v.

**ORDER ON DEFENDANT'S MOTION FOR FEES AND COSTS**

PANAMERICAN LAB, ET AL.,

Defendants.

The above matter came before the Court on Defendant's Motion for Fees and Costs. [Docket No. 150]. A hearing was held by telephone on February 12, 2004. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Fees and Costs is **granted**. [Docket No. 150].
2. Plaintiff shall pay Defendant $5,391, to reimburse it for travel and attorney fees for the deposition, as well as the costs associated with bring this Motion.

Dated: 2/13/04.

Arthur J. Boylan
United States Magistrate Judge

## MEMORANDUM

Federal Rule of Civil Procedure 30(g)(1) provides:

If the party giving the notice of the taking of a deposition fails to attend and proceed therewith and another party attends in person or by attorney pursuant to the notice, the court may order the party giving the notice to pay to such other party the reasonable

FEB 13 2004

> expenses incurred by that party and that party's attorney in attending, including reasonable attorney's fees.

Here, Plaintiff Upsher-Smith served notice that it would depose two non-party witnesses in California on January 20, 2004. Counsel for Defendant Pamlab traveled to and appeared in California for those depositions, and Upsher-Smith's counsel failed to appear.

Pamlab incurred travel costs and attorneys fees of $4,161 in conjunction with the depositions that did not occur. Pamlab is entitled to reimbursement of those costs and attorney fees under Rule 30(g)(1). Upsher-Smith argues that it had discussed staying discovery with the Defendant. However, no stipulation to stay discovery had been signed by January 20, and Upsher-Smith failed to notify Pamlab that it did not intend to go forward with the depositions. Therefore, Pamlab is entitled to reimbursement of its travel costs and attorney fees. Further, Pamlab is entitled to attorney fees in the amount of $1,230 under Rule 37 for having to bring this Motion.

AJB