# UNITED STATES DISTRICT COURT

## District of Minnesota

Upsher-Smith Laboratories, Inc.

V.

Pan American Laboratories, Inc., Metabolite Laboratories, Inc., Pan American Laboratories, LLC and Pamlab, LLC

## JUDGMENT IN A CIVIL CASE

Case Number: 01-352 ADM/AJ

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Pamlab's Motion for Summary Judgment on the '646 Patent is GRANTED. Pamlab's Motion for Summary Judgment for Attorney's Fees Pursuant to 35 USC 285 is DENIED. Count II of Upsher-Smith's Second Amended Complaint is DISMISSED WITH PREJUDICE. As Count I of the Second Amended Complaint was dismissed in the December Order, the entire Complaint is thus DISMISSED WITH PREJUDICE.

April 26, 2004
Date

RICHARD D. SLETTEN, CLERK

s/G. Schneider
(By) G. Schneider, Deputy Clerk