**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UPSHER-SMITH LABORATORIES, INC.

Plaintiff,

v.

PAN AMERICAN LABORATORIES, INC.,
METABOLITE LABORATORIES, INC.,
PAN AMERICAN LABORATORIES, L.L.C.,
and PAMLAB, L.L.C.,

Defendants.

Case No. 01-352 ADM/AJB

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff Upsher-Smith Laboratories, Inc., in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from:

1. Memorandum Opinion and Order entered in *Upsher-Smith Labs., Inc., v. Pan American Labs., Inc., et al.*, Civil No. 01-352 ADM/AJB, on September 4, 2002;

2. Memorandum Opinion and Order entered in *Upsher-Smith Labs., Inc., v. Pan American Labs., Inc., et al.*, Civil No. 01-352 ADM/AJB, on December 19, 2003;

3. Memorandum Opinion and Order entered in *Upsher-Smith Labs., Inc. v. Pan American Labs., Inc., et al.*, Civil No. 01-352 ADM/AJB, on April 26, 2004; and

4. Judgment in a Civil Case ordered and entered in *Upsher-Smith Labs., Inc. v. Pan American Labs., Inc., et al.*, Civil No. 01-352 ADM/AJB, on April 26, 2004.

Dated: May 24, 2004

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

BY: /s/ Misti Nelc

Ronald J. Schutz (#130489)
Jacob M. Holdreith (#211011)
Misti Nelc (#296090)
Kimberly G. Miller (#032209X)
Annie Huang (#0327979)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF
UPSHER-SMITH LABORATORIES, INC.**