**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UPSHER-SMITH LABORATORIES, INC.

Plaintiff,

v.

PAN AMERICAN LABORATORIES, INC.,
METABOLITE LABORATORIES, INC.,
PAN AMERICAN LABORATORIES, L.L.C.,
and PAMLAB, L.L.C.,

Defendants.

Case No. 01-352 ADM/AJB

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2004, I caused the following document:

Notice of Appeal

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Amanda J. Tessar

Dated: May 24, 2004

/s/ Misti Nelc
Misti Nelc