**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UPSHER-SMITH LABORATORIES, INC.

Plaintiff,

v.

AMERICAN LABORATORIES, INC., METABOLITE LABORATORIES, INC., PAN AMERICAN LABORATORIES, L.L.C., and PAMLAB, L.L.C.,

Defendants.

---

Case No. 01-352 ADM/AJB

**NOTICE OF PLAINTIFF UPSHER-SMITH'S REQUEST TO ORDER AND DOCKET TRANSCRIPTS**

Notice is hereby given, pursuant to Fed. R. App. P. 10(b)(1)(A)(iii), that Plaintiff Upsher-Smith Laboratories, Inc. has ordered and requested docketing of the complete transcripts for the following hearings:

1) Defendant Metabolite's Motion to Dismiss and Defendant Pan American's Motion to Dismiss Declaratory Judgment Claims and Abuse of Patent Rights Claim, heard on May 13, 2002;

and

2) Defendant Pan American's Motion for Summary Judgment and Plaintiff Upsher-Smith's Motion to Strike, heard on October 9, 2003.

Plaintiff has also requested docketing of the complete transcript for the Defendants Pan American and Pamlab's Motion for Summary Judgment on the '646 patent and Motion for Summary Judgment for Attorney's Fees that were heard on April 14, 2004, the transcript of

which has already been completed. Attached hereto as Exhibit A is a copy of Upsher-Smith's written order and request to docket the above-listed transcripts.

Dated: June 7, 2004

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

BY: /s/ Misti Nelc

Ronald J. Schutz (#130489)
Jacob M. Holdreith (#211011)
Misti Nelc (#296090)
Kimberly G. Miller (#032209X)
Annie Huang (#0327979)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF UPSHER-SMITH LABORATORIES, INC.**