ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

**CARRIE R. FLYNN-KETTERLING, CLA**
**Senior Paralegal**
**(612) 349-8530**

June 7, 2004

Timothy J. Willette, RDR, CRR
Official Court Reporter, U.S.D.C.
1005 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Upsher-Smith Laboratories, Inc. v. Pan American Laboratories, Inc., Metabolite Laboratories, Inc., Pan American Laboratories, L.L.C. and Pamlab, L.L.C.
Our File No. 121981-0000
Civil No. 01-352 ADM/AJB

Dear Mr. Willette:

This letter will confirm our prior telephone conversation and serve as Upsher-Smith Laboratories, Inc.'s formal request that the following transcripts of the above-referenced action be ordered and docketed for purposes of appeal pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure. Specifically, Upsher-Smith orders and requests docketing of complete transcripts of the following hearings:

1) Defendant Metabolite's Motion to Dismiss and Defendant Pan American's Motion to Dismiss Declaratory Judgment Claims and Abuse of Patent Rights Claim, heard on May 13, 2002;

and

2) Defendant Pan American's Motion for Summary Judgment and Plaintiff Upsher-Smith's Motion to Strike, heard on October 9, 2003.

We confirmed that the transcript for Defendants Pan American and Pamlab's Motion for Summary Judgment on the '646 patent and Motion for Summary Judgment for Attorney's Fees, which were heard on April 14, 2004, has been previously completed. Upsher-Smith requests docketing of this complete transcript. We also confirmed that financial arrangements for the May 13, 2002 and October 9, 2003 hearing transcripts have been made.

EXHIBIT
A

Word 20094142.1

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Carrie R. Flynn-Ketterling, CLA
Senior Paralegal

CRK/crk
cc: Amanda J. Tessar