**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UPSHER-SMITH LABORATORIES, INC.

Plaintiff,

v.

PAN AMERICAN LABORATORIES, INC.,
METABOLITE LABORATORIES, INC.,
PAN AMERICAN LABORATORIES, L.L.C.,
and PAMLAB, L.L.C.,

Defendants.

Case No. 01-352 ADM/AJB

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2004, I caused the following document:

**Notice of Plaintiff Upsher-Smith's Request to Order and Docket Transcripts**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Amanda J. Tessar
Counsel for Defendants

Dated: June 7, 2004

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

BY: /s/ Misti Nelc

Ronald J. Schutz (#130489)
Jacob M. Holdreith (#211011)
Misti Nelc (#296090)
Kimberly G. Miller (#032209X)
Annie Huang (#0327979)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF**
**UPSHER-SMITH LABORATORIES, INC.**