# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

O4-1405 - UPSHER-SMITH LABS V PAN AMERICAN

06/08/04
(Date of Docketing)

Appeal from DCT NO. 0:01-CV-00352

United States District Court / District of Minnesota

Name of appellant(s): UPSHER-SMITH LABORATORIES, INC.

Critical dates for counsel, pro se parties, and the court include:

Date of docketing, as above (Rules 12 & 15)
Entry of appearance due (Rule 47.3)
Certificate of interest due (Rule 47.4)
**Briefs due (Rule 31) "You will not receive a separate briefing schedule from the Clerk's Office".**
Joint Statement of Compliance with Fed Cir. R. 33.
**Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.**

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

Attachments (with recipients noted) to this notice include:

Official caption (All)
Rules of Practice (pro se parties - attorneys must return the form below)
Entry of appearance form (All counsel and pro se parties)
Informal brief form (Pro se parties)
Transcript Purchase Order form (Rule 3 appellants)
Motion and Affidavit for Leave to Proceed in Forma Pauperis form (parties owing the docketing fee)

JAN HORBALY, Clerk

cc: USDC MN
Jacob M. Holdreith
Glenn K. Beaton

The Federal Circuit's Rules of Practice are available by calling (202) 633-6550, and the Rules are likewise available for downloading at www.fedcir.gov.

SCANNED
U.S. DISTRICT COURT MPLS

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

04-1405

UPSHER-SMITH LABORATORIES, INC.,

Plaintiff-Appellant,

v.

PAN AMERICAN LABORATORIES, INC,
METABOLITE LABORATORIES, INC.,
PAN AMERICAN LABORATORIES, L.L.C.,
and PAMLAB, L.L.C.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Minnesota in case no. 0:01-CV-00352, Judge Ann D. Montgomery.

Authorized Abbreviated Caption[2]

UPSHER-SMITH LABS V PAN AMERICAN, 04-1405

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Office of the Clerk
202 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

04-1405

"Copy"

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JUN - 8 2004
JAN HORBALY
CLERK

RECEIVED
JUN 04 2004
United States Court of Appeals For The Federal Circuit

Richard D. Sletten, CLERK
(612) 664-5019

May 27, 2004

**Clerk, U.S. Court of Appeals**
Federal Circuit
717 Madison Place NW, Room 401
Washington DC 20439

District Ct. No. 01-CV-352 ADM/AJB
Eighth Circuit Case No. ____________________
Case Title Upsher-Smith Labs. VS Pan American Labs. Et al

TRANSMITTAL OF APPEAL

Enclosed please find one certified copy of each of the following documents:

(X) Notice of Appeal
(X) Order/Judgment appealed from
(X) Docket Entries
( ) Other:
( X ) The statutory filing fee has been paid, receipt # 428028
( ) The statutory filing fee has been waived:
__ USA filed appeal __ In Forma Pauperis
( )Prisoner ( )Pro Se ()Motion Pending

cc: Counsel; Court Reporter

TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

( ) Original File(s), consisting of __ file(s)
( ) Designated Clerk's Record #
( ) Transcript(s): (Entered below or attached list)

**Volume** **Date** **Proceeding**

Deputy Clerk - Gloria Schneider

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date received______________ by:____________________________________