01-352 ADM/AJB

# United States Court of Appeals for the Federal Circuit

RECEIVED
BY MAIL
JUL 12 2005
CLERK US DIST COURT
MINNEAPOLIS MN

04-1405

UPSHER-SMITH LABORATORIES, INC.,

Plaintiff-Appellant,

v.

PAMLAB, L.L.C. (formerly Pan American Laboratories, Inc.)
and PAN AMERICAN LABORATORIES, L.L.C.,

Defendants-Appellees,

and

METABOLITE LABORATORIES, INC.,

Defendant.

Jacob M. Holdreith, Robins, Kaplan, Miller & Ciresi L.L.P., of Minneapolis, Minnesota, argued for plaintiff-appellant. With him on the brief were Ronald J. Schutz, Misti Nelc, Kimberly G. Miller, and Jonathan D. Goins.

Glenn K. Beaton, Gibson, Dunn & Crutcher LLP, of Denver, Colorado, argued for defendants-appellees. With him on the brief were J. Gregory Whitehair and Amanda J. Tessar. Of counsel on the brief was Mark A. Perry, of Washington, DC.

Appealed from: United States District Court for the District of Minnesota

Judge Ann D. Montgomery

SCANNED
JUL 12 2005
U.S. DISTRICT COURT MPLS