01-352 ADM/AJB

# United States Court of Appeals for the Federal Circuit

04-1405

RECEIVED
BY MAIL
JUL 12 2005
CLERK US DIST COURT
MINNEAPOLIS MN

UPSHER-SMITH LABORATORIES, INC.,

Plaintiff-Appellant,

v.

PAMLAB, L.L.C. (formerly Pan American Laboratories, Inc.)
and PAN AMERICAN LABORATORIES, L.L.C.,

Defendants-Appellees,

and

METABOLITE LABORATORIES, INC.,

Defendant.

## JUDGMENT

ON APPEAL from the United States District Court for the District of Minnesota

IN CASE NO(S): 0:01-CV-00352

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

SCANNED
JUL 12 2005
U.S. DISTRICT COURT MPLS

AFFIRMED

ENTERED BY ORDER OF THE COURT

JUN 17 2005

Date

Jan Horbaly

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: Date: 7/8/05

ISSUED AS A MANDATE: JUL - 7 2005